IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEXTER HINES, NICK NOLES, JEREMY MARTIN, JOSEPH SMITH and REGINALD VANZANDT, Each Individually and on behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>IRONCLAD ENERGY, LLC, JAMES C. DONNAN, and STEVEN CLOY GANTT<br><br>Defendants. | No. 5:19-CV-155-OLG |

### ORDER

The Court has considered the Parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal in Cause No. 5:19-CV-155, *Dexter Hines, et al., v. Ironclad Energy, LLC, et al.* Having reviewed the Parties' Motion, the Court is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that:

1. The Parties' Settlement Agreement is APPROVED as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act;

2. The amounts to be paid to the Plaintiffs in accordance with the Settlement Agreement are APPROVED;

3. The amount to be paid for attorneys' fees is reasonable and is APPROVED; and

4. All of the claims asserted by the Plaintiffs in this case are hereby dismissed with prejudice.

ENTERED on this ___30th___ day of ___June___, 2020

_____
United States District Judge